IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00193-MR-WCM

| | |
|---|---|
| ANDREA NICOLE GIST, as Executrix of the Estate of BETH ANN GIST, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by James Crouse. The Motion indicates that Mr. Crouse, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Douglas Desjardins, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Douglas Desjardins to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 30, 2024

W. Carleton Metcalf
United States Magistrate Judge